UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRENDA KAY BROWN, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 12-120-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| RICHARD M. WEHRLE, et al., | ) | |
| | ) | |
| Appellees. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered today, it is **ORDERED AND ADJUDGED** as follows:

(1) Judgment is **ENTERED** in favor of the appellees.

(2) The Bankruptcy Court's Order Granting in Part Motion to Approve Settlement Agreement under Rule 9019 and Authorizing Transfer of Assets Under 11 U.S.C. 363, *Brown v. Wehrle* (*In re Brown*), No. 7:12-ap-7004-acs, (Bankr. E.D. Ky. Aug. 24, 2012), R. 54, is **AFFIRMED**.

(3) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

(4) This matter is **STRICKEN** from the Court's active docket.

This the 28th day of May, 2013.



Signed By:
*Amul R. Thapar* AT
United States District Judge